IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON D. BRADLEY, SR., also known as
BRITTNEY BRADLEY,

                          Plaintiff,                          OPINION and ORDER

       v.
                                                               20-cv-48-jdp

SEAN PRICE, SUSAN NOVAK, LUCAS WEBER,
and LINDA ALSUM-O'DONOVAN,

                          Defendants.

---

Defendants ask me to reconsider my denial of their exhaustion motion regarding plaintiff Brittney Bradley's claims against defendants Susan Novak and Linda Alsum-O'Donovan. Dkt. 104. But Bradley has since filed a motion to dismiss Novak and Alsum-O'Donovan from the case. Dkt. 117. I will construe the motion as one to amend her complaint under Federal Rule of Civil Procedure 15(a)(2) to remove claims against those defendants. I will grant Bradley's motion, dismiss Novak and Alsum-O'Donovan from the case, and deny defendants' motion as moot.

Bradley also moves for sanctions for defendants' filing of "frivolous documents." Dkt. 116. I will deny the motion because she doesn't explain why the supposed errors she has identified matter in any way or even specifically identify the documents she challenges. The motion is part of a pattern that must stop. This is the second unsupported motion for sanctions she has filed in this case. See Dkt. 57, at 7. In another case, I have already warned Bradley against filing unsupported motions for sanctions. *Bradley v. Novak*, No. 20-cv-328-jdp, 2020 WL 4336329, at *5 (W.D. Wis. July 28, 2020). Bradley has peppered the court with needless motions in her many cases. If Bradley files another unsupported or otherwise frivolous motion

in any case, I will bar her from filing any motion without first seeking permission from the court.

Entered November 24, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge