IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY, SR.,
also known as BRITTNEY BRADLEY,

     Plaintiff,

   v.

LEIGHA WEBER, SEAN PRICE, MARIA
GAMBARO, SUSAN NOVAK, LUCAS
WEBER, HEATHER FRANK, FIONA
GIBBONS, and L. ALSUM-O'DONOVAN,

     Defendants.

Case No.  20-cv-48-jdp

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

   /s/

Peter Oppeneer, Clerk of Court

   5/12/2021

Date